### 9585.   SALTER *v.* THE STATE.

BROYLES, P. J.   The verdict was authorized by the evidence, and there is no merit in any of the special grounds of the motion for a new trial.
*Judgment affirmed.   Bloodworth and Harwell, JJ., concur.*
DECIDED MAY 1, 1918.

Accusation of possessing intoxicating liquor; from city court of Dublin—Judge Flynt.   February 19, 1918.

*W. A. Dampier,* for plaintiff in error.

*S. P. New,* solicitor, contra.